

# OFFICE OF THE ATTORNEY GENERAL OF TEXAS
## AUSTIN

**GERALD C. MANN**
**ATTORNEY GENERAL**

Honorable George H. Sheppard
Comptroller of Public Accounts
Austin, Texas

Dear Sir:

Opinion No. O-2914
Re: Whether delinquent tax
collector-attorney may
make agreements defer-
ring execution and tak-
ing payment in install-
ments.

In your letter of November 19, 1940, you request our opinion as to "whether or not after a claim for taxes has been reduced to judgment, the tax contractor (an attorney employed to collect delinquent taxes under Articles 7335 and 7335a, Vernon's Civil Statutes) is authorized to enter into an agreement with the defendant, permitting such defendant to pay the judgment in regular monthly installments; it being further agreed that order of sale will be withheld if payments are promptly made and same to be issued and the property sold in the event of default."

The only authority for commissioners' courts to employ attorneys to enforce or assist in the enforcement of the collection of delinquent State and county taxes is found in Articles 7335 and 7335a, Vernon's Civil Statutes. In Article 7336, Vernon's Civil Statutes, we find provisions fixing the time when taxes are payable. Article 7345b, Vernon's Civil Statutes, largely governs the procedure to be followed in tax foreclosure proceedings. We find nothing in any of such statutes which suggests that a delinquent tax attorney is clothed with the power to bind the State to agreements to so postpone collection. We do not believe that the power to "enforce or assist in

Honorable George H. Sheppard, Page 2

the enforcement of the collection" of such delinquent tax-
es would carry with it any such power by necessary impli-
cation.  And, the exercise thereof would in a sense disturb
the contemplated operation of Articles 7336 and 7345b.

In our opinion the contracting attorney may not
bind the State to any such agreements.

Yours very truly

ATTORNEY GENERAL OF TEXAS

By *Glenn R. Lewis*

Glenn R. Lewis
Assistant

CRL:ew

APPROVEDDEC 2, 1940

ATTORNEY GENERAL OF TEXAS